O

1

2

3

4

5

6

7

8

9                      UNITED STATES DISTRICT COURT

10                     CENTRAL DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,           )
                                         )
13                 Plaintiff,            )        SA 07-262M
                                         )
14        v.                             )   ORDER OF DETENTION AFTER HEARING
                                         )        (18 U.S.C. § 3142(i))
15   RUBEN LEMUS-COVARRUBIAS,            )
                                         )
16                 Defendant.            )
     _____)

17

18                                      I.

19   A.  ( ) On motion of the Government involving an alleged

20        1.  ( )  crime of violence;

21        2.  ( )  offense with maximum sentence of life imprisonment or death;

22        3. ( )   narcotics or controlled substance offense with maximum sentence of ten or more years

23               (21 U.S.C. §§  801,/951, et. seq.,/955a);

24        4.  ( )  felony - defendant convicted of two or more prior offenses described above.

25   B.  On motion  ( ) (by the Government) / ( ) (by the Court sua sponte involving)

26        1.  ( X )    serious risk defendant will flee;

27        2.  ( )  serious risk defendant will

28            a. ( )   obstruct or attempt to obstruct justice;

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1                b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

2                                     II.

3    The Court finds no condition or combination of conditions will reasonable assure:

4    A. ( X )   appearance of defendant as required; and/or

5    B. ( ) safety of any person or the community;

6                                     III.

7    The Court has considered:

8    A. ( x) the nature and circumstances of the offense;

9    B. (x) the weight of evidence against the defendant;

10   C. (x) the history and characteristics of the defendant;

11   D. ( ) the nature and seriousness of the danger to any person or to the community.

12                                    IV.

13   The Court concludes:

14   A. ( ) Defendant poses a risk to the safety of other persons or the community because:

15

16   B. (x )     History and characteristics indicate a serious risk that defendant will flee because:

17   **Defendant is undocumented.  He has no ties to the community and no bail**

18   **resources.**

19

20   C. ( ) A serious risk exists that defendant will:

21         1. ( )   obstruct  or  attempt  to  obstruct  justice;

22         2. ( )   threaten, injure or intimidate a witness/ juror; because:

23

24   D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

25         provided in 18 U.S.C. § 3142 (e).

26   ///

27   ///

28   ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5   consultation with his counsel.

6

7

8   Dated:    September 25, 2007

9   _____

10   Marc L. Goldman
    U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**